UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **AMY JETER GONZALES, ET AL** | **CIVIL DOCKET NO. 6:24-CV-01685** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DAVID BLANCHET, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## PARTIAL JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 11], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that all claims arising from the Plaintiffs' state court proceedings, as well as any and all claims against David Blanchet, Jean Hill, Andre Douget, Jessica Sonnier Mouton, Mark Garber, Todd Credeur, Don Landry and Louis Perret, be DISMISSED WITH PREJUDICE as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2), for failing to state claims for which relief may be granted.

IT IS FURTHER ORDERED that the MOTION FOR PRELIMINARY INJUNCTION [Doc. 1] be DENIED as MOOT.

THUS DONE AND SIGNED in Chambers this 27th day of February 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE